123 So.2d 19

**UNITED SECURITY LIFE INSURANCE COMPANY**

**v.**

**Florence CLARK.**

**6 Div. 535.**

Supreme Court of Alabama.

Sept. 8, 1960.

S. P. Keith, Jr., Birmingham, for petitioner.

Brobston, Jones & Brobston, Bessemer, opposed.

LIVINGSTON, Chief Justice.

Petition of United Security Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United Security Life Insurance Company v. Clark, 40 Ala.App. 542, 115 So.2d 911.

Writ denied.

SIMPSON, STAKELY and COLEMAN, JJ., concur.